## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                      :

v.                                            :        CRIMINAL NO. 08-180-01

EDUARDO BERENSHTEYN                           :

### FORFEITURE MONEY JUDGMENT

IT IS HEREBY ORDERED THAT:

1.      As a result of the defendant's guilty plea, the defendant is required, pursuant to 31 U.S.C. § 5317, to criminally forfeit his interest in all property, real or personal, involved in the offense and any property traceable thereto as charged in Count One of the Indictment.

2.      Based on defendant's guilty plea, the government avers that the sum of $22,280.00 is subject to forfeiture as a result of the defendant's guilty plea to the illegal acts alleged in Count One. This sum is the amount of the property, real or personal, involved in the offense and any property traceable thereto as charged in Count One of the Indictment, and the government has established the requisite nexus between such sum and such offense.

3.      A money judgment in the amount of **$22,280.00** is hereby entered against the defendant.

4.      Upon entry of this Order, the United States is authorized to conduct any discovery necessary to identify and locate property subject to forfeiture as substitute assets, in accordance with Fed.R.Crim.P. 32.2(b)(3).

5.      Any property of the defendant located and forfeited to the United States, after any third-party claims to the property have been resolved, shall reduce the defendant's outstanding

liability on the personal forfeiture money judgment.

6.    Because the government seeks only a money judgment and does not seek the forfeiture of any specific asset at this time, advertisement of the judgment and third-party proceedings are not required. Fed.R.Crim.P. 32.2(c)(1) (no ancillary proceedings to address third party claims required where forfeiture consists of money judgment).

7.    Pursuant to Fed.R.Crim.P. 32.2(b)(3), this Forfeiture Money Judgment shall become final as to all persons at the time of sentencing and shall be made part of the sentence and included in the judgment.

8.    The Court shall retain jurisdiction to enforce this Forfeiture Money Judgment, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

9.    The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this Forfeiture Money Judgment to the United States Immigration and Customs Enforcement, and to counsel for the parties.

ORDERED this        16th day of   March        , 2012

HONORABLE JUAN R. SANCHEZ
Judge, United States District Court