IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA              :

                                      :

              v.                      :       CRIMINAL  NO.  08-CR-180-01

                                      :

EDUARDO BERENSHTEYN                   :

PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

          Please mark as satisfied the financial penalties portion of the criminal judgment

entered in the above-captioned case.  This Praecipe applies only to any special assessment,

restitution, and criminal fine obligation entered against the above-named defendant.

                                    ZANE DAVID MEMEGER
                                    United States Attorney


                                    _____
                                    JOSEPH F. MINNI
                                    Assistant United States Attorney
                                    Pennsylvania Bar ID. No. 53241
                                    615 Chestnut Street
                                    Suite 1250
                                    Philadelphia, PA 19106-4476

Date: ____6/19/12____