| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | CASE NUMBER *(Tran. Court)* 2:08CR180-01 |
|---|---|---|---|
| | | | CASE NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF SUPERVISED RELEASEE Eduardo Berenshteyn 2752 East 21ˢ Street Brooklyn, NY 11235 | DISTRICT Eastern District of Pennsylvania | | DIVISION |
| | NAME OF SENTENCING JUDGE The Honorable Juan R. Sanchez | | |
| | DATES OF SUPERVISED RELEASE | FROM 05/02/2012 | TO 05/01/2015 |

| OFFENSE Aggravated structuring of financial transactions. |
|---|

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ **JUN 07 2013** ★

**BROOKLYN OFFICE**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

<u>3/25/13</u>
Date

<u>United States District Judge</u>

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of New York</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**JUN 12 2013**

s/ ENV

Effective Date

<u>United States District Judge</u>